

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

   -v-                          :    INDICTMENT

KERVIN DEJESUS,                 :

               Defendant.       08 CRIM 825

- - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1. On or about July 1, 2008, in the Southern District of New York, KERVIN DEJESUS, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, a quantity of a mixture and substance containing a detectable amount of cocaine base in a form commonly known as "crack."

   (Title 21, United States Code, Sections 812, 841(a)(1), and
     841(b)(1)(C); Title 18, United States Code, Section 2.)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 02 2008
```

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KERVIN DEJESUS,

Defendant.

INDICTMENT

08 Cr.

(Title 21, United States Code,
Sections 812, 841(a)(1) and 841(b)(1)(C),
Title 18, United States Code, Section 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.